944 A.2d 751

**Dwayne HILL, Appellant**

v.

**Jeffrey A. BEARD, Ph.D, Appellee.**

**No. 22 EAP 2007.**

Supreme Court of Pennsylvania.

March 12, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of March, 2008, the above captioned appeal is herewith quashed for failure to file a brief.